

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2014

No. 04-14-00316-CV

**IN THE INTEREST OF J.F., MINOR CHILD,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02694
Honorable John D. Gabriel, Jr., Judge Presiding

## F I N A L   E X T E N S I O N   O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights. Appellant's brief has been filed, and the State's brief was originally due on August 11, 2014. On August 11, 2014, the State filed a motion requesting an extension of time in which to file its brief until September 10, 2014. The State represents that this "will be the only extension of time to file the State's brief."

The motion is GRANTED; however, no further extensions of time will be granted. The State's brief is due no later than September 10, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court